UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| T-MOBILE NORTHEAST LLC and U.S. WIRELESS, INC., <br><br>  Plaintiffs, <br> v. <br><br> CITY OF LOWELL, MASSACHUSETTS, et al., <br><br>  Defendants. | CIVIL ACTION <br> NO. 11-11551-NMG |

**REPORT AND RECOMMENDATION ON**
**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

November 27, 2012

DEIN, U.S.M.J.

## I. INTRODUCTION

Plaintiff T-Mobile Northeast LLC ("T-Mobile") is a licensed provider of personal wireless communication services, and plaintiff U.S. Wireless, Inc. ("U.S. Wireless") is engaged in the development of wireless infrastructure for use by licensed wireless carriers. Together they have brought this action against the City of Lowell, Massachusetts ("City" or "Lowell"), its Zoning Board of Appeals ("ZBA" or "Board"), and the individual members of the ZBA in their official capacities, challenging the defendants' denial of their application for a special permit to construct a wireless communications facility on cemetery property located at 363 Boston Road in Lowell.

*Report and Recommendation accepted and adopted. [signature] NMGorton, USDJ 12/18/12*